V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
JIMMY XIAO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-3-06-70016 JCS |
| Plaintiff, | |
| v. | **STIPULATION** |
| JIMMY XIAO, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the above-cited matter is continued for setting until Tuesday, April 27, 2006 at 9:30 a.m. and furthermore, the parties agree to waive time for either the filing of an indictment or a preliminary hearing.

IT IS SO STIPULATED.

DATED: March 27, 2006        Respectfully submitted,

/s/ V.Roy Lefcourt
V.ROY LEFCOURT
Attorney for Defendant
JIMMY XIAO

DATED: March 27, 2006

/s/ Thomas Mazzucco w/permission
THOMAS MAZZUCCO
Assistant United States Attorney