```
V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Phone: (415) 776-0207
Fax: (415) 776-8047

Attorney for Defendant
JIMMY XIAO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-3-06-70016 MAG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION** |
| JIMMY XIAO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the above-cited matter is continued from Wednesday, November 22, 2006 to Wednesday, January 29, 2007 ~~December 6, 2006~~ at 9:30 a.m. and furthermore, the parties agree to waive time for either the filing of an indictment or a preliminary hearing in light of the fact of the defendant's schedule for finals.

IT IS SO STIPULATED.

DATED: November 22, 2006          Respectfully submitted,


                                  __/s/ V.Roy Lefcourt_____
                                  V.ROY LEFCOURT
                                  Attorney for Defendant
                                  JIMMY XIAO

DATED: November 22, 2006

        /s/ Thomas Mazzucco w/permission
THOMAS MAZZUCCO
Assistant United States Attorney

### ORDER TO CONTINUE SENTENCING

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

The above-cited matter is continued from Wednesday, November 22, 2006 to ~~Wednesday,~~ January 29, 2007 at 9:30 a.m. before Judge James Larson ~~December 6, 2006 at 9:30 a.m.~~ in light of the fact of the defendant's schedule for finals.

IT IS SO ORDERED.

DATED: January 12, 2007

_____
MAGISTRATE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]

26