|   |   |
|---|---|
| 1 | V. ROY LEFCOURT (SBN 49950)<br>Attorney at Law<br>1934 Divisadero Street<br>San Francisco, CA 94115 |
| 2 | Office: (415) 776-0207<br>Fax: (415) 776-8047 |
| 3 | vroylefcourt@sbcglobal.net |
| 4 | Attorney for Defendant<br>JIMMY XIAO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO: CR-3-06-70016 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION** |
| JIMMY XIAO, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the condition requiring curfew for the above named defendant is no longer necessary and is withdrawn. Pretrial Service Officer Anthony Granados has no objection to the curfew condition of Mr. Xiao being removed.

//

//

//

//

//

1
2   IT IS SO STIPULATED.
3
4   DATED: April 18, 2007                    Respectfully submitted,
5                                            __/s/ V.Roy Lefcourt_____
                                             V.ROY LEFCOURT
6                                            Attorney for Defendant JIMMY XIAO
7
8   DATED: April 18, 2007
                                             _/s/ Thomas Mazzucco w/permission_
9                                            THOMAS MAZZUCCO
                                             Assistant United States Attorney
10
11  IT IS SO ORDERED.
12
    DATED:    April 19, 2007
13                                           _____
                                             HON. J.
14                                           UNITED STATES DISTRICT JUDGE

                                             [Seal: UNITED STATES DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                             Judge Joseph C. Spero]

15
16
17
18
19
20
21
22
23
24
25
26