```
1  V. ROY LEFCOURT (SBN 49950)
2  Attorney at Law
   1934 Divisadero Street
3  San Francisco, CA 94115
   Office: (415) 776-0207
4  Fax:  (415) 776-8047
   vroylefcourt@sbcglobal.net
5
   Attorney for Defendant
6  JIMMY XIAO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00201-1 VRW |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JIMMY XIAO, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is HEREBY STIPULATED between the undersigned parties that the curfew presently imposed on defendant JIMMY XIAO is hereby lifted for the limited period of time commencing at 10:00 p.m. on the evening of July 25, 2009 and terminating at 10:00 p.m. on the evening of July 26, 2009.  My office has spoken with pretrial service officer Jaime Carranza who does not object to the curfew modification.

IT IS SO STIPULATED.

//

//

1  //
2
3  DATED:  July 22, 2009                    Respectfully submitted,
4
5
                                              /s/ V.ROY LEFCOURT
6                                            V.ROY LEFCOURT
                                             Attorney for Defendant JIMMY XIAO
7
8
   DATED:  July 22, 2009
9
                                              /s/ WILLIAM FRENTZEN
10                                           WILLIAM FRENTZEN
                                             Assistant United States Attorney
11                                           By Watina Fee per telephone
                                             authorization from W. Frentzen
12

2

1
2  **[PROPOSED] ORDER TO MODIFY CURFEW**
3
4   Based upon the above Stipulation, and for GOOD CAUSE APPEARING, THE COURT
5  ORDERS THAT:
6   The curfew presently imposed on defendant JIMMY XIAO is hereby lifted for the limited
7  period of time commencing at 10:00 p.m. on the evening of July 25, 2009 and terminating at
8
9  10:00 p.m. on the evening of July 26, 2009.
10
11
12  IT IS SO ORDERED.
13
   DATED:  July 24, 2009
14                                   ~~CHIEF JUDGE VAUGHN R. WALKER~~
                                     ~~UNITED STATES DISTRICT JUDGE~~
15
                                       Edward M. Chen
16                                     U.S. Magistrate Judge
17
18
...
28
                                 3