```
V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax:  (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
JIMMY XIAO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00201-1 VRW |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JIMMY XIAO, ) | |
| Defendant. ) | |

    GOOD CAUSE APPEARING, it is HEREBY STIPULATED between the undersigned parties that the curfew presently imposed on defendant JIMMY XIAO is hereby lifted for the limited period of time commencing at 10:00 p.m. on the evening of August 29, 2009 and terminating at 10:00 p.m. on the evening of August 30, 2009.  My office has spoken with pretrial service officer Jaime Carranza who does not object to the curfew modification.

IT IS SO STIPULATED.

//

//

//

DATED: August 26, 2009               Respectfully submitted,

                                     /s/ V.ROY LEFCOURT
                                     V.ROY LEFCOURT
                                     Attorney for Defendant JIMMY XIAO

DATED: August 26, 2009

                                     /s/ WILLIAM FRENTZEN
                                     WILLIAM FRENTZEN
                                     Assistant United States Attorney
                                     By Watina Fee per Samuel Lasser
                                     telephone authorization from W. Frentzen

## [PROPOSED] ORDER TO MODIFY CURFEW

Based upon the above Stipulation, and for GOOD CAUSE APPEARING, THE COURT ORDERS THAT:

The curfew presently imposed on defendant JIMMY XIAO is hereby lifted for the limited period of time commencing at 10:00 p.m. on the evening of August 29, 2009 and terminating at 10:00 p.m. on the evening of August 30, 2009.

IT IS SO ORDERED.

DATED: August 27, 2009

                                     _____
                                     MAGISTRATE JUDGE JOSEPH C. SPERO